

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00061-CV

In re Edgar H. **JUAREZ**, Relator

Original Proceeding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: February 5, 2025

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR EMERGENCY TEMPORARY RELIEF DENIED

On January 28, 2025, relator filed a petition for a writ of mandamus and a motion for emergency temporary relief. This court has determined relator is not entitled to the relief sought. Accordingly, the petition for a writ of mandamus and the motion for emergency temporary relief are DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM